FELONY     AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

## UNITED STATES OF AMERICA
### vs.

Jorge Alberto MARTINEZ-Rodriguez
A094 318 115 El Salvador
AKA Jorge MARTINEZ, Jorge MARTINEZ RODRIGUEZ,
Jorge Alberto MARTINEZ

## CRIMINAL COMPLAINT

Case Number: 1:26-MJ-**714**

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief. On or about     June 02, 2026     in     Cameron     County, in

the     Southern District Of Texas     defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title     8     United States Code, Section(s)     1326(a)(1)/(b)(1)

I further state that I am a(n)     Border Patrol Agent     and that this complaint is based on the

following facts:
The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on June 02, 2026. The defendant is a citizen and national of El Salvador who was previously deported, excluded or removed from the United States on April 27, 2026. The defendant was convicted of ACCESSORY (32 PC) on June 5, 2009. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $460 US dollars at the time of arrest.

Continued on the attached sheet and made a part of this complaint:     ☐ Yes    ☒ No

_____
Signature of Complainant

Troncoso, Jose L.    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

June 03, 2026        at     Brownsville, Texas
Date           City/State

Karen Betancourt     U.S. Magistrate Judge
Name of Judge     Title of Judge

_____
Signature of Judge