**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY:  ☒ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT

Matter Sealed:  ☐ Juvenile  ☐ Other than Juvenile

☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment
☐ Information
☐ Charges/Counts Added

Name and Office of Person Furnishing Information on THIS FORM

Troncoso, Jose L.
U.S. Border Patrol
Phone No. _____

Name of Asst.
U.S. Attorney
(if assigned) _____

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
U.S. Border Patrol, Brownsville, Texas

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense | Brownsville, Texas

CASE NO.  1:26-MJ-714

Name of District Court, and/or Judge/Magistrate Location (City)

Southern District of Texas
Brownsville, Texas

Karen Betancourt
U.S. Magistrate Judge

USA vs.
Defendant: Jorge Alberto MARTINEZ-Rodriguez

United States Courts
Southern District of Texas
FILED
June 03, 2026.
Nathan Ochsner, Clerk of Court

Address:  CALLE S/N, San Vicete, San Vicente, El Salvador

Birth Date ██████████

☑ Male  ☑ Alien
☐ Female  (if applicable)

**DEFENDANT**

Issue:  ☐ Warrant  ☐ Summons

Location Status:

Arrest Date 06/02/2026 or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Has a Detainer been filed?
☑ Yes ☐ No

Defense Counsel (if any): _____

☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts _____

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 8 USC 1326(a)(1)/(b)(1) | Re-Entry After Deport Felon ROUTINE | |
| | | | |
| | | | |
| | | | |
| | | | |