**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| | § | |
| *versus* | § | Case No. 1:26–mj–00714 |
| | § | |
| | § | |
| Jorge Alberto Martinez–Rodriguez | § | |

## ORDER APPOINTING COUNSEL

Because the above-named Defendant, Jorge Alberto Martinez–Rodriguez, has testified under oath or has otherwise satisfied this Court that (s)he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent this person in the above designated case.

**Attorney appointed: Nathaniel Perez**

If this case subsequently proceeds to the United States District Court, the appointment shall remain in effect until terminated or a substitute attorney is appointed or makes an appearance.

Signed on June 3, 2026.

Karen Betancourt
United States Magistrate Judge