**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **VS.** | § | **Case No. 1:26-MJ-714-01** |
| **JORGE ALBERTO MARTINEZ-RODRIGUEZ** | § | |

## ORDER APPOINTING COUNSEL AS SECOND CHAIR

Attorney **Noah Perez** is appointed on June 3, 2026 to **sit second chair**, without compensation, along with the CJA appointed counsel Nat Perez, to represent defendant JORGE ALBERTO MARTINEZ-RODRIGUEZ.

Second chair counsel Noah Perez shall review the CJA Plan for the Southern District of Texas, available on the Court's website. Further, it is ORDERED that second chair counsel Noah Perez may not require, request, or accept any payment, promise of payment, or any other valuable consideration for representation under the CJA unless such payment is approved by order of the Court. Unless second chair counsel Noah Perez receives permission from the Court, he is prohibited from being retained by this defendant JORGE ALBERTO MARTINEZ-RODRIGUEZ in this legal matter. The Clerk's Office is instructed to add second chair counsel Noah Perez as an attorney to be noticed for defendant JORGE ALBERTO MARTINEZ-RODRIGUEZ.

SIGNED this 3rd day of June, 2026.

Karen Betancourt
United States Magistrate Judge