RP
6/3/2026

**BROWNSVILLE DIVISION**
FILE: 2026R09478
26-MJ-714-B

**CRIMINAL DOCKET**

NO. B-26-784

INDICTMENT
COUNTY: Cameron

Filed: June 23, 2026

Judge: **Rolando Olvera**

ATTORNEYS:

UNITED STATES OF AMERICA

JOHN G.E. MARCK, ACTING USA

**vs.**

MARCOS A. SALDIVAR, AUSA

JORGE ALBERTO MARTINEZ-RODRIGUEZ  (YOB: 1990)  El Salvador

| CHARGE: | Illegal re-entry into the United States   (found in) |
| Total | 8 U.S.C. 1326(a) |
| Counts | |
| ( 1 ) | |

**PENALTY:**   **up to 2 years imprisonment and/or a fine up to $250,000 plus 1-year SRT**

In Jail:  X
On Bond:
No Arrest:
CBP:  Ernesto Rios

**P R O C E E D I N G S:**