**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                    Case Number: 1:26−cr−00784

Jorge Alberto Martinez−Rodriguez

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Ignacio Torteya, III

**PLACE:**
Courtroom 1
United States District Court
600 E. Harrison Street
Brownsville, Texas 78520

**DATE:** 7/2/2026

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Arraignment

Date: June 24, 2026

Nathan Ochsner, Clerk
by D. Rodriguez, Deputy Clerk