**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ' | |
| | ' | |
| **v.** | ' | **CRIMINAL NO. B-26-784** |
| | ' | |
| **JORGE ALBERTO** | | |
| **MARTINEZ- RODRIGUEZ** | ' | |

**ORDER ON MOTION FOR EXCULPATORY AND IMPEACHING EVIDENCE**

This Court having considered the Motion for Exculpatory and Impeaching Evidence of

the defendant, **JORGE ALBERTO MARTINEZ- RODRIGUEZ,** in the above styled and

numbered cause is of the opinion that it should be and it is hereby:_____

GRANTED/DENIED.

SO ORDERED this the ____ day of _____, 2026, at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE