**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ' | |
| | ' | |
| **V.** | ' | **CRIMINAL NO. B-26-784** |
| | ' | |
| **JORGE ALBERTO** | | |
| **MARTINEZ- RODRIGUEZ** | ' | |

**UNOPPOSSED MOTION TO DISCLOSE EXTRANEOUS OFFENSES**

COMES NOW, **JORGE ALBERTO MARTINEZ- RODRIGUEZ**, Defendant in the above-styled and numbered cause by and through his attorney of record, Nat C. Perez, Jr., and moves the Court, pursuant to rule 404(b) of the Federal Rules of Evidence to direct the Government to advise Defendant within a reasonable period of time, if the Government intends to introduce any extraneous offenses during the Government's case in chief of Defendant's trial.

Respectfully submitted,

Law Office of Nat C. Perez, Jr.
847 E. Harrison Street
Brownsville, Texas 78520
Tel. (956) 548-1213
Fax (956) 548-1304
Email: Nat@Nperezlawfirm.com

By:\_\_\_\s\ Nat C. Perez, Jr._____
  Nat C. Perez, Jr.
   State Bar No.15777790
   Federal ID.  No. 15133
   Attorney for Defendant

## CERTIFICATE OF SERVICE

I, Nat C. Perez, Jr., do hereby certify a true and correct copy of the foregoing motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties on the 25th day of June 2026.

___\s\ Nat C. Perez, Jr.___
Nat C. Perez, Jr.

## CERTIFICATE OF CONFERENCE

On this the 25th day of June 2026, I conferred with Assistant United States Attorney Marco Saldivar regarding the forgoing motion and he stated that he had no objection to the motion.

____\s\ Nat C. Perez, Jr.____
Nat C. Perez, Jr.