## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ' | |
| | ' | |
| **V.** | ' | **CRIMINAL NO. B-26-784** |
| | ' | |
| **JORGE ALBERTO** | | |
| **MARTINEZ- RODRIGUEZ** | ' | |

## ORDER

This Court having heard the above and foregoing Motion to Disclose Extraneous

Offenses, the Court being of the opinion that the same should be GRANTED/DENIED.

SIGNED FOR ENTRY on this the ____ day of _____, 2026.


_____
JUDGE PRESIDING