**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

**UNITED STATES OF AMERICA**

**V.**                                                                    **CRIMINAL NO: B-26-784**

**JORGE ALBERTO MARTINEZ-RODRIGUEZ**

**CONSENT TO ADMINISTRATION OF GUILTY PLEA
AND FED. R. CRIM. PROC. 11 ALLOCUTION
BY UNITED STATES MAGISTRATE JUDGE**

I, JORGE ALBERTO MARTINEZ-RODRIGUEZ the defendant in the above-numbered and styled cause, with the advice of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this ___ day of JUNE 2026.

_____
Defendant

_____
Attorney for Defendant

_____
Assistant United States Attorney