# PLEA PACKET MEMO

AUSA ASSIGNED:  **MARCOS A. SALDIVAR**

DEFENDANT:  **JORGE ALBERTO MARTINEZ-RODRIGUEZ**

CASE#  **B-26-784**

Recommendation in exchange for Defendant's Plea to the **INDICTMENT and WAIVER OF APPEAL RIGHTS** as outlined in the plea agreement:  <u>**credit for Acceptance of Responsibility and sentencing at the low end of the advisory guideline level the defendant scores. The Government also agrees to recommend a 4-level downward departure pursuant to USSG 3F1.1, UNLESS the defendant has a criminal history category of IV or more, or a previous conviction that warrants a 6-level enhancement or higher under USSG 2L1.2, or a prior 8 USC 1326 conviction.**</u>

## FACT SUMMARY SHEET

On June 2, 2026, the defendant, JORGE ALBERTO MARTINEZ-RODRIGUEZ, was found in the United States in Cameron County, Texas, by Customs and Border Protection agents. It was determined that he was an alien and citizen of El Salvador who had entered the United States illegally. The defendant had been previously deported or removed from the United States on April 27, 2026. The defendant had not received consent of the Attorney General or Secretary of Homeland Security to reapply for admission into the United States when found.

I agree the above factual summary accurately represents my involvement in the crime to which I am pleading guilty and that the proposed plea agreement accurately and fully describes my plea agreement with the government.

_____
Defendant

_____
Counsel for Defendant

_____
Assistant United States Attorney