**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | Criminal No. B-26-784 |
| | | |
| JORGE ALBERTO MARTINEZ RODRIGUEZ | § | |

## DEFENDANT'S WRITTEN WAIVER OF ARRAIGNMENT

Pursuant to Federal Rule of Criminal Procedure 10(b), the undersigned Defendant, affirming that he/she has been charged via indictment and has received a copy thereof, HEREBY pleads not guilty to the charged contained therein, requests a trial by jury, and waives appearance at the arraignment scheduled in this case for ___July 2_____, 2026.

Respectfully submitted, this ___04___ day of ___June_____, 2026

___Jorge Alberto Martinez Rodriguez___          ___[signature]___
Printed Name of Defendant                    Signature of Defendant

___Nat C Perez 8___                          ___[signature]___
Printed Name of Attorney                     Signature Attorney for Defendant

## ORDER

Based on the affirmations contained in Defendant's Written Waiver of Arraignment above, the Court HEREBY Accepts Defendant's waiver, excuses his/her attendance at the arraignment scheduled in this case and ORDERS that this case be removed from the list of arraignments scheduled for _____, 2026.

DONE at Brownsville, Texas this _____ day of _____, 2026.

_____
United States Magistrate Judge

**NOTE:** To enter a plea of not guilty and waive appearance at arraignment, file this completed waiver with the court under **Waivers**, using event **Waiver of Presence at Arraignment**, no later than *24 hours* prior to the scheduled arraignment. When the waiver is properly filed, the Arraignment is automatically canceled and removed from the court's calendar, and the case will proceed as laid out in the Scheduling Order.