**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas

**ENTERED**

July 02, 2026

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| | § | |
| *versus* | § | Criminal No. 1:26–cr–00784 |
| | § | |
| | § | |
| Jorge Alberto Martinez–Rodriguez | § | |
| | § | |

**ORDER**

**The Court, upon conducting a Federal Rule of Criminal Procedure Rule 11 colloquy pursuant to consent by the Defendant, recommends that the Defendant be found guilty and ORDERS;**

1)  That the investigation and preparation of the pre-sentence report be completed by **August 13, 2026**.

    PRESENTENCE REPORTS AND RELATED DOCUMENTS ARE FILED UNDER SEAL BY THE PROBATION OFFICE ELECTRONICALLY IN THE COURT'S ELECTRONIC FILING SYSTEM (CM/ECF). THE NOTICE OF ELECTRONIC FILING (NEF) AUTOMATICALLY GENERATED BY THE COURT'S ELECTRONIC FILING SYSTEM NOTIFIES COUNSEL THEIR COPY OF THE REPORT CAN BE RETRIEVED UTILIZING THEIR FILING USER LOG–IN AND PASSWORD ISSUED UPON ADMITTANCE TO THE BAR OF THIS COURT. (SEE ADMINISTRATIVE PROCEDURES FOR ELECTRONIC FILING IN CIVIL AND CRIMINAL CASES.) IN EXTENUATING CIRCUMSTANCES, PAPER COPIES MAY BE REQUESTED FROM THE PROBATION OFFICE BY COUNSEL. COUNSEL WILL THEN BE RESPONSIBLE FOR OBTAINING THE PAPER COPY OF THE REPORT AT THE PROBATION OFFICE IN THE CITY OF THE SENTENCING COURT, OR MAKING ARRANGEMENTS WITH THE PROBATION OFFICE FOR ALTERNATIVE DELIVERY, AT COUNSEL'S EXPENSE. THESE ARRANGEMENTS SHOULD BE CONFIRMED IN WRITING WITH THE PROBATION OFFICE. DELIVERY VIA FACSIMILE IS NOT AUTHORIZED. ALTERNATIVE DELIVERY EXTENDS NO TIME LIMITS.

2)  Counsel shall file objections in writing to the report (including the alleged facts of the offense and applicability to the sentencing guidelines) by **August 27, 2026**. If there is no objection, likewise a statement signed by Counsel and the Defendant shall be signed.

3)  After further investigation the pre-sentence officer shall submit a final report by **September 10, 2026**.

4)  This case is set for sentencing hearing on **September 23, 2026 at 01:30 PM** (20 days) **before U.S. District Judge Rolando Olvera**.

Signed on July 2, 2026 at Brownsville, Texas.

_____
Ignacio Torteya, III
United States Magistrate Judge